IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  02-cv-2184-ZLW-PAC

GREGG P. IVERSEN,

     Plaintiff,

v.

DAIMLERCHRYSLER MOTORS CORPORATION,

     Defendant.

## ORDER OF DISMISSAL

     The matter before the Court is a Stipulated Motion For Dismissal With Prejudice, signed by the attorneys for the parties hereto.  In consideration thereof, it is

     ORDERED that the Stipulated Motion For Dismissal With Prejudice is granted.  It is

     FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and attorneys fees.

     DATED at Denver, Colorado, this   11   day of July, 2005.

                                                      BY THE COURT:

                                                      S/ Zita L. Weinshienk
                                                      _____
                                                      ZITA L. WEINSHIENK,  Senior Judge
                                                      United States District Court